383

BEFORE THE SECOND DIVISION, JULY 15, 1942

**No. 47395.**—Protests 776015–G, etc., of H. A. Caesar & Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47396.**—Protests 970481–G, etc., of H. A. Caesar & Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities citied in Abstract 15400 the court dismissed the protests.

**No. 47397.**—Protests 70324–K, etc., of Louis Wolf & Co., Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JULY 20, 1942

**No. 47398.**—Protest 31905–K/89307 of Leo G. Stein & Co. (Chicago).

Opinion by KEEFE, J.   It was stipulated that the merchandise in question is the same in all material respects as that the subject of *Stein* v. *United States* (6 Cust. Ct. 443, C. D. 511).   It was therefore held entitled to free entry under paragraph 1692 as claimed.

**No. 47399.**—Protest 69188–K of Le Page Co. (Galveston).

Opinion by KEEFE, J.   At the trial counsel for the plaintiff offered in evidence the entry in the case and submitted upon the record.   From an examination of the papers the total weight was found to be 13,500 pounds.   However, an allowance being made in the weight for breakage of 17 bottles, or 16 pounds, produced a total of 13,484 pounds.   The protest was therefore overruled.

**No. 47400.**—Protest 22265–K of W. R. Zanes & Co. (Galveston).

Opinion by KEEFE, J.   At the trial the entry was offered and admitted in evidence on behalf of the plaintiffs and the case was submitted.   From an examination of the papers the court was unable to find anything to overcome the presumption of correctness attaching to the collector's action.   The protest was therefore overruled.

**No. 47401.**—Protest 81601–K of Mrs. T. J. Watts (Galveston).

Opinion by KEEFE, J.   From an examination of the record the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action.   The protest was therefore overruled.